UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WINDWARD BORA LLC,

                             Plaintiff,

     - against -

                                        **ORDER**

JOHN SOTOMAYOR, ALEXANDRIA LOAIZA,
AMERICAN EXPRESS CENTURION BANK,              No. 21-CV-7161 (CS)
MIDLAND FUNDING LLC D/B/A IN NEW
YORK AS MIDLAND FUNDING OF
DELAWARE, LLC; CAPITAL ONE BANK
(USA), N.A.,

                             Defendants.
----------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record today, the Court relieves Steven Amshen and the

law firm Petroff Amshen LLP as counsel for Defendants John Sotomayor and Alexandria Loaiza

on the Defendants' consent.  (*See* ECF No. 93.)  The Court denies Defendant Sotomayor's

application to stay the case pending any motion for reconsideration that he has made, or intends

to make, to the Second Circuit.  (*See* ECF No. 94.)  Plaintiff shall submit an Order to Show

Cause as to the remaining Defendant(s) by November 22, 2024.  The Clerk of Court is

respectfully directed to mail a copy of this Order to Defendants John Sotomayor and Alexandria

Loaiza at 2359 Maple Avenue, Cortlandt Manor, New York 10567.

**SO ORDERED.**

Dated:  October 23, 2024
       White Plains, New York

                                          *Cathy Seibel*
                                   _____
                                    CATHY SEIBEL, U.S.D.J.