Please submit to the court docket sheet as this is required to be submitted by April 25, 2025.  I have signed with the /S/ on the last page of this document.

April 25, 2025

John Sotomayor

2359 Maple Ave.

Cortlandt Manor, NY 10567

Jhnsot@gmail.com

917-887-2223

**Case - Docket Number - 2021-cv-07161**

**Response to Docket # 114 dated 4/10/2025**

Respectfully, To The United States Southern District,

## Court Ordered review of Docket Sheet and 7 ECF filings not sent Defendants

Thank you again for giving us the opportunity to review information not sent to us again.  Please understand I am not trying to be offensive with this statement.  I am Pro Se which means we are representing ourselves.  Since 1/20/2025, It has been stated how we can now state we are actually and verifiably being prejudiced against.

We are pro se defendants and we have sent and submitted 4 different filings and now this is the fifth filing.

Dates of filings,

1/20/2025

2/10/2025

3/11/2025

4/10/2025.

In all these filings we have mentioned the District Court, and the Plaintiff are not sending us information about our case. This case is proceeding without a defendant responding or attempting to understand the data.

Why is the District Court allowing this to happen or occur? Why is the District Court allowing us to be treated like this by the Plaintiff.

As an example, The Second Circuit Appeals Court would not allow data to be submitted unless each party communicated. They also **issued a Strike Order against the Plaintiff** for not following the rules or procedures. Not such a shock as I have been mentioning this since 2019. The Plaintiff has taken a stance they do not have to follow Court rules of Procedures to argue a case.

### District Court requested 2 separate times

The District Court has on 2 separate occasions requested data from this case be sent to us and it has not been sent. Why has this been allowed by such a high court. There is only one response the Court has some prejudice towards the defendants.

Why hasn't the Court requested the Plaintiff file the paperwork with the defendant. There is a issue here the court is allowing the plaintiff to be given the opportunity to not follow court policies and procedures.

### Defendants cannot properly or legally defend this case

As stated, several times before and in my past 4 filings we cannot as a Pro Se Defendant defend this case properly since October of 2024. Data is not being sent nor are we given anything.

### Plaintiff has a history of not following procedures

As I have mentioned to the court several times the plaintiff has not and did not follow **line 17 from the contract.** The court seems to be allowing this to move forward, and I don't understand why. The contract is being held against the defendants but not the Plaintiff.

## Plaintiff has not filed proper Rules with Respa

Plaintiff did not follow the rules of RESPA which is a federal requirement.  The court was made aware of this issue several times and never ruled on this ISSUE.  The district court made mention to us, the defendant, this is farfetched, yet in all of the court documents the plaintiff has never submitted or responded to it, not has the plaintiff been made to respond.  This is an issue and wrong.  They must be made to respond to this and all the issues here.

## Affidavit filed showing Amounts owed is wrong

The plaintiff submitted a sworn affidavit and signed affidavit. This is erroneous and wrong. There fore the Plaintiff cannot adequately substantiate the and this must be thrown out and dismissed.  There are multiple cases attesting to this.  I am told these are prior precedents.

## New item and a larger issue

The court once asked the Plaintiff to submit information on diversity.  Items were submitted about all the individuals on the case, Yet I uncovered a case decided in the 2nd Circuit indicating our Plaintiff owned and lived within the Boundaries of NYC which at this point nullifies the Diversity of this case and should invalidate this argument and truly dismiss this case fully.  **The case is Windward Bora LLC vs Browne 2024.  Please look at this case and the information will be uncovered that the Plaintiff was living in NYC.**

## Please review all my statements

I am again requesting a review of all the data.  It will indicate a definite pause so as to ensure fairness and equality.

/S/ John Sotomayor

917-887-2223