Please submit to the court docket sheet as this is required to be submitted by April 29, 2025. I have signed with the /S/ on the last page of this document.

April 29, 2025

John Sotomayor

2359 Maple Ave.

Cortlandt Manor, NY 10567

[Jhnsot@gmail.com](Jhnsot@gmail.com)

917-887-2223

<u>Case - Docket Number - 2021-cv-07161</u>

# Plaintiff has violated court rules, No RESPA, affidavit invalid and Contract Line item 17 none completed.

I am submitting this letter in response to the district court memo endorsement filed 4/2802025.

The defendants have only attempted to raise objections in regards to;

**The plaintiff never filed a RESPA Letter and were never made to defend that since 2019 and no court ruling.**

**Plaintiff never sent any documents to the defendants and we have never been able to review the judgement the plaintiff submitted. The court has been made aware we still have nothing to review and as a result we have been harmed with no ability to review.**

**Plaintiff failed to follow line item 17 from the contract, both plaintiff and defendant signed and must follow. The court has been made aware and no ruling. Again the defendants have been harmed.**

**Plaintiff submitted a Sworn affidavit that is a lie. Again court was made aware and no ruling.**

**Why aren't these being ruled and reviewed on?**

**/S/ John Sotomayor**

**9178872223**