Please submit to the court docket sheet as this is required to be submitted by April 30, 2025.  I have signed with the /S/ on the last page of this document.

April 30, 2025

John Sotomayor

2359 Maple Ave.

Cortlandt Manor, NY 10567

Jhnsot@gmail.com

917-887-2223

**Case - Docket Number - 2021-cv-07161**

**The Plaintiff has not submitted to the defendants the Judgement and Sale information.**

**The District Court is allowing the Plaintiff to not submit information to the Defendant.**

**The District Court has not submitted to the Defendants the Court Docket Sheet nor the Judgement and Sale Information.**

**The Defendants are still awaiting rulings on the information submitted yesterday and over the past 5 months.**

**Why aren't these items being ruled on and reviewed?**

**/S/ John Sotomayor**

**9178872223**