UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WINDWARD BORA, LLC,

                      Plaintiff,

    -against-                             CASE No: 7:21-CV-07161-CS

JOHN SOTOMAYOR, ALEXANDRIA LOAIZA;
AMERICAN EXPRESS CENTURION BANK,
MIDLAND FUNDING LLC D/B/A/ IN NEW YORK     AFFIRMATION OF SERVICE
AS MIDLAND FUNDING OF DELAWARE, LLC;
CAPITAL ONE BANK (USA), N.A.et al.,
                      Defendant(s).
------------------------------------------------------------------X
STATE OF NEW YORK       )

COUNTY OF NEW YORK     )

      Rafi Hasbani, Esq., an attorney duly admitted to practice law in the State of New York affirms the truth of the following under the penalty of perjury:

      I, Rafi Hasbani, Esq., am over eighteen (18) years of age, I am not a party to this action, and I reside in New York County in the State of New York.  On May 16, 2025, I served the ***Letter for Attorney Fees***

by USPS Priority mail return by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

John Sotomayor
Alexandra Loaiza
2359 Maple Avenue
Cortlandt Manor, NY 10567

                                      */s/Rafi Hasbani*_____
                                      RAFI HASBANI ESQ.