1  John Sotomayor
   Alexandra Loaiza
2  2359 Maple Ave
   Cortlandt Manor NY 10567
3  5/23/2025
   917-887-2223
4

5

6                          **UNITED STATES DISTRICT COURT**
                     _____SOUTHERN__ DISTRICT OF _____NEW York_____
7

8
   Windward Bora LLC                    )   Case No.   7:21-cv-07161-CS
9                                       )
            Plaintiff,                  )   **NOTICE OF MOTION AND MOTION TO VACATE**
10                                      )   **JUDGMENT;  Motion for Standing**
        vs.                             )
11                                      )
   John Sotomayor, ET AL.,              )
12                                      )
            Defendants.                 )
13                                      )
                                        )
14                                      )
                                        )
15 _____)

16
        PLEASE TAKE NOTICE that on date chosen by court, at White Plains in Courtroom chosen
17
   by court of the above-entitled Court located at White Plains,  Defendant Sotomayor will move this
18
   Court for an order vacating the judgment entered against them on the grounds that the
19
   Defendant has suffered injury as a result of circumstances beyond their control and will suffer
20
   manifest injustice if the judgment is not vacated as more fully set forth in the declaration of
21
                        Sotomayor and the Standing Defense.
22
        This motion is made pursuant to *Federal Rule of Civil Procedure* 60(b)(6) ("Rule 60") and
23
   shall be based upon this notice, the attached Memorandum of Points and Authorities, the declaration
24
   of Sotomayor_ and Exhibits attached thereto, the complete files and records of this action, and such
25
   other and further oral and documentary evidence as may be presented at the hearing on this Motion.
26

27

28

                                      - 1 -
            NOTICE OF MOTION AND MOTION TO VACATE JUDGMENT UNDER RULE 60(b)(6)

Dated 05/25/2025

917-887-2223
\s\ John Sotomayor

.

## II.

## LEGAL ARGUMENT

**A. THE COURT HAS THE POWER TO VACATE THE JUDGMENT THAT WAS ENTERED AGAINST THE DEFENDANT ON THE GROUNDS THAT EXTRAORDINARY CIRCUMSTANCES EXIST.**

Rule 60 states in pertinent part that "(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (6) any other reason that justifies relief."

My name is John Sotomayor; I am the Pro Se defendant in this case of Windward Boras vs Sotomayor et at.

# MOTION FOR STANDING

# Information on demand letter found.

I have been trying to have the district court review some items I found relevant to the case proving the plaintiff's failure to show they maintained the mortgage. As a result I have found new

evidence about the plaintiff that questions and now validates what the defendant Sotomayor has been saying since 2019.  The plaintiff did not have nor do they have the **full** mortgage in possession.  I have uncovered an email sent to me and will be attached here indicating what I have been saying since 2019 the mortgage company sent me a demand in April along with other letters.  This mortgage has achieved the Statue of Limitations.

When Windward bora started their case a file was sent to me lacking all of the Partners for payment Relief paperwork.  I mentioned in the Court and the plaintiff's attorney had to call the office requesting what is partners for payment relief.  It is in the transcript of our first meeting in the district court.  This means they started the case without knowing the other case existed and the SOL had been reached.  All the paperwork after this moment has been copies of the partners for payment relief case from the courts, Nothing from Hasbani the lawyers or windward has ever been

submitted.  This puts in question if Windward Bora ever has the case file.

## Affidavit is a lie

An affidavit signed and sworn to by Windward Bora was wrong and is a lie.  As a result that documents and all its reliance must be discarded.  It States I made my last payment in 2009.  The original paperwork from Partners in payment relief indicated my last payment was made in October of 2008.  Again windward Bora does not have the true and accurate case information for this mortgage.

## Respa and Breach of Contract

I have mentioned several times and the court will not hear the respa and the breach of contract.  I mentioned respa in July of 2019, neither the court nor the plaintiff was made to respond.  This is wrong and should be addressed.

## Plaintiff has disregarded most of the Courts mandates

Recently the district court told the plaintiff to send the plaintiff documents overnight. I did not receive them overnight. I checked the postage and it was priority mail. Again I have stated this for several months the Plaintiff is not following court procedure nor is the court enforcing this rule. I have not received anything from the court for all the filing submitted.

**I did receive a document which is wrong. The plaintiff is stating all the fees I owe due to the trial. Yet I won the first trial and I was never paid back the original money I paid into it. The file now submitted by the plaintiff has multiple items from the state trial I am being told to pay. The unfairness of this letter and the courts inability to ensure the plaintiff is providing proper service to a Pro se defendant shows the plaintiff breaks all rules.**

### CONCLUSION

Based on the above, Defendant Sotomayor and Loaiza respectfully requests that the Court set aside the Judgment.

Dated 05/25/2025
/S/ John Sotomayor
917-887-2223